■ In the Matter of LOUIS J. CARBONETTI, Appellant, against JUSTICES OF THE SUPREME COURT OF THE FIRST JUDICIAL DISTRICT et al., Respondents.— Order unanimously affirmed, with $20 costs and disbursements to the respondents, Supreme Court Justices and the State Civil Service Commission. No opinion. Concur — Botein, P. J., Rabin, M. M. Frank, Valente and Stevens, JJ.

■ In the Matter of F. & P. MANAGEMENT CO., Respondent, against TEMPORARY STATE HOUSING RENT COMMISSION, Respondent, and VALENTINE DE MILLY, Intervenor-Appellant.— Order unanimously affirmed, with $20 costs and disbursements to the petitioner-respondent. No opinion. Concur — Botein, P. J., Rabin, M. M. Frank, Valente and Stevens, JJ.

■ MARCIAL OLIVERA v. DAVID BILSKY, INC.— Motion to dismiss appeal granted, with $10 costs. Concur — Breitel, J. P., Rabin, M. M. Frank, McNally and Stevens, JJ.

■ BOUTIQUE IMPORTS, INC. v. EDWARD SCHAINMAN, INC.— Motion to dismiss appeal granted, with $10 costs. Concur — Breitel, J. P., Rabin, M. M. Frank, McNally and Stevens, JJ.

■ LYKENS HOSIERY MILLS, INC. v. ELDER HOSIERY MILLS, INC. et al., and BARNARD HOSIERY CO., INC., Appellant.— Motion to dispense with printing of exhibits granted on condition that the originals thereof will be filed with this court on the Wednesday preceding the first day of the term for which the appeal is noticed. Concur — Breitel, J. P., Rabin, M. M. Frank, McNally and Stevens, JJ.

■ OSCAR F. MORIARTY v. NEW YORK CITY TRANSIT AUTHORITY.— Motion to dismiss appeal granted, with $10 costs, unless the appellant procures the record on appeal and appellant's points to be served and filed on or before April 26, 1960, with notice of argument for the June 1960 Term of this court, said appeal to be argued or submitted when reached. Concur — Breitel, J. P., Rabin, M. M. Frank, McNally and Stevens, JJ.

■ In the Matter of SAMUEL S. GREENHUT against SIDNEY E. ROLFE. In the Matter of SIDNEY E. ROLFE against SAMUEL S. GREENHUT.— Motion for stay denied, with $10 costs. Concur — Breitel, J. P., Rabin, M. M. Frank, McNally and Stevens, JJ.

## (March 23, 1960)

■ WERTSVILLE INDUSTRIES, INC., Respondent, v. CENTURY INDEMNITY COMPANY.— Motion to dismiss appeal granted, with $10 costs, unless the appellant procures the appellant's points to be served and filed on or before March 29, 1960, with notice of argument for the May 1960 Term of this court, said appeal to be argued or submitted when reached. Concur — Breitel, J. P., Rabin, M. M. Frank, McNally and Stevens, JJ.